THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELMER L. RICE, Appellant, against MARK GRAVES et al., as Tax Commissioners of the State of New York, Respondents.

(Argued January 6, 1936; decided January 21, 1936.)

*Howard E. Reinheimer* for appellant.

*John J. Bennett, Jr., Attorney-General (Joseph M. Mesnig* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.